B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>District of Arizona | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Gilbert 3600, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**94-3370187** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**14800 N. 78th Way**<br>**Scottsdale, AZ 85260**<br>ZIP CODE **85260-0000** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Maricopa** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**16009 N. 81st Street, #200**<br>**Scottsdale, AZ 85260**<br>ZIP CODE **85260-0000** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check one box.) | **Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☒ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☒ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ☒ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors** |
|---|---|
| ☒ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>--------------------------------------<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**   \*\*\* Paul Sala   11693   e-mail: psala@asbazlaw.com   \*\*\*

THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☒ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☒ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Gilbert 3600, LLC** | |
|---|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.)

| Location <br> Where Filed:    **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location <br> Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). <br> X _____ <br>     Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

    ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

          _____
          (Name of landlord that obtained judgment)

          _____
          (Address of landlord)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Gilbert 3600, LLC** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number

_____
Date

### Signature of Attorney*

X /s/ Paul Sala
_____
Signature of Attorney for Debtor(s)

**Paul Sala 11693 e-mail: psala@asbazlaw.com**
Printed Name of Attorney for Debtor(s)

**Allen, Sala & Bayne, PLC**
Firm Name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Address

**602-256-6000 Fax:602-252-4712**
Telephone Number

1/12/11
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

GILBERT 3600, LLC
By: Matrixx Management, LLC
Its Manager
/s/ Michael Walla
_____
By:  Michael Walla

Vice President
_____
Title of Authorized Individual

1/12/11
_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that:  1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both  11 U.S.C. § 110; 18 U.S.C. § 156.*

# United States Bankruptcy Court
## District of Arizona

In re    **Gilbert 3600, LLC**          Case No. _____

                                     Debtor(s)          Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Choice Bank**<br>**The Situs Companies**<br>**4665 SW Fwy**<br>**Houston, TX 77027** | **Choice Bank**<br>**The Situs Companies**<br>**4665 SW Fwy**<br>**Houston, TX 77027** | **Vacant land located at:**<br>**14800 N. 78th Way**<br>**Scottsdale, AZ 85260** | | **10,150,997.73**<br><br>**(5,200,000.00 secured)** |
| **Diversified Funding Group, LLC**<br>**7595 E. McDonald Drive, Suite 120**<br>**Scottsdale, AZ 85250** | **Diversified Funding Group, LLC**<br>**7595 E. McDonald Drive, Suite 120**<br>**Scottsdale, AZ 85250** | **Vacant land located at:**<br>**14800 N. 78th Way**<br>**Scottsdale, AZ 85260** | | **2,111,530.74**<br>**(5,200,000.00 secured)**<br>**(10,150,997.73 senior lien)** |
| **Maricopa County Treasurer**<br>**301 W. Jefferson, Room 100**<br>**Phoenix, AZ 85003-2199** | **Maricopa County Treasurer**<br>**301 W. Jefferson, Room 100**<br>**Phoenix, AZ 85003-2199** | **Vacant land located at:**<br>**14800 N. 78th Way**<br>**Scottsdale, AZ 85260** | | **363,785.39**<br>**(5,200,000.00 secured)**<br>**(12,262,528.47 senior lien)** |
| **Miller Holdings Management**<br>**16009 N. 81st Street, #200**<br>**Scottsdale, AZ 85260** | **Miller Holdings Management**<br>**16009 N. 81st Street, #200**<br>**Scottsdale, AZ 85260** | **management services** | | **109,007.34** |
| **Aviation Management Consulting Group**<br>**9085 E. Mineral Circle**<br>**Suite 315**<br>**Englewood, CO 80112** | **Aviation Management Consulting Group**<br>**9085 E. Mineral Circle**<br>**Suite 315**<br>**Englewood, CO 80112** | **services** | | **20,455.91** |
| **Matrixx Management, LLC**<br>**16009 N. 81st Street, Suite 200**<br>**Scottsdale, AZ 85260** | **Matrixx Management, LLC**<br>**16009 N. 81st Street, Suite 200**<br>**Scottsdale, AZ 85260** | **management services** | | **13,829.90** |
| **Ghiasi & Company**<br>**50 California Street, Suite 480**<br>**San Francisco, CA 94111** | **Ghiasi & Company**<br>**50 California Street, Suite 480**<br>**San Francisco, CA 94111** | **services** | | **7,175.00** |
| **B&F Contracting, Inc.**<br>**11011 N. 23rd Avenue**<br>**Phoenix, AZ 85029** | **B&F Contracting, Inc.**<br>**11011 N. 23rd Avenue**<br>**Phoenix, AZ 85029** | **security deposit, land rent, cleanup** | | **5,000.00** |
| **Miller Holdings, Inc.**<br>**16009 N. 81st Street, #200**<br>**Scottsdale, AZ 85260** | **Miller Holdings, Inc.**<br>**16009 N. 81st Street, #200**<br>**Scottsdale, AZ 85260** | **loan** | | **4,974.65** |

In re   **Gilbert 3600, LLC**                                      Case No. _____

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Gammage & Burnham**<br>**Two North Central Avenue, 15th Floor**<br>**Phoenix, AZ 85004** | **Gammage & Burnham**<br>**Two North Central Avenue, 15th Floor**<br>**Phoenix, AZ 85004** | **services** | | **4,836.00** |
| **Hunter Engineering**<br>**10450 N. 74th Street, Suite 200**<br>**Scottsdale, AZ 85258** | **Hunter Engineering**<br>**10450 N. 74th Street, Suite 200**<br>**Scottsdale, AZ 85258** | **engineering services** | | **3,820.38** |
| **Polsinelli Shughart PC**<br>**Security Title Plaza**<br>**3636 N. Central Avenue, Suite 1200**<br>**Phoenix, AZ 85012** | **Polsinelli Shughart PC**<br>**Security Title Plaza**<br>**3636 N. Central Avenue, Suite 1200**<br>**Phoenix, AZ 85012** | **legal services** | | **3,702.84** |
| **PTG Paradigm Tax Group, LLC**<br>**3030 N. Central Avenue**<br>**Suite 1001**<br>**Phoenix, AZ 85012** | **PTG Paradigm Tax Group, LLC**<br>**3030 N. Central Avenue**<br>**Suite 1001**<br>**Phoenix, AZ 85012** | **services** | | **2,759.05** |
| **Miller Holdings, Inc.**<br>**16009 N. 81st Street, Suite 200**<br>**Scottsdale, AZ 85260** | **Miller Holdings, Inc.**<br>**16009 N. 81st Street, Suite 200**<br>**Scottsdale, AZ 85260** | **reimbursement** | | **28.18** |
| **Worldwide Express Phoenix**<br>**300 Great Oaks Blvd.**<br>**Suite 322**<br>**Albany, NY 12203** | **Worldwide Express Phoenix**<br>**300 Great Oaks Blvd.**<br>**Suite 322**<br>**Albany, NY 12203** | **services** | | **26.02** |
| **Scott Blue Reprographics**<br>**133 W. 1st Avenue**<br>**Mesa, AZ 85210** | **Scott Blue Reprographics**<br>**133 W. 1st Avenue**<br>**Mesa, AZ 85210** | **services** | | **16.57** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

In re    **Gilbert 3600, LLC**                                                                    Case No. _____

                                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Michael Walla, Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date    **January 12, 2011**                              Signature    **/s/ Matrixx Management, LLC, Manager**

                                                                      **Matrixx Management, LLC, Manager**
                                                                      **Michael Walla, Vice President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Gilbert 3600, LLC -

AVIATION MANAGEMENT CONSULTING GROUP
9085 E. MINERAL CIRCLE
SUITE 315
ENGLEWOOD CO 80112

B&F CONTRACTING, INC.
11011 N. 23RD AVENUE
PHOENIX AZ 85029

CHOICE BANK
THE SITUS COMPANIES
4665 SW FWY
HOUSTON TX 77027

DIVERSIFIED FUNDING GROUP, LLC
7595 E. MCDONALD DRIVE, SUITE 120
SCOTTSDALE AZ 85250

GAMMAGE & BURNHAM
TWO NORTH CENTRAL AVENUE, 15TH FLOOR
PHOENIX AZ 85004

GHIASI & COMPANY
50 CALIFORNIA STREET, SUITE 480
SAN FRANCISCO CA 94111

HUNTER ENGINEERING
10450 N. 74TH STREET, SUITE 200
SCOTTSDALE AZ 85258

LARRY L. MILLER
9403 N. 55TH STREET
PARADISE VALLEY AZ 85253

MARICOPA COUNTY TREASURER
301 W. JEFFERSON, ROOM 100
PHOENIX AZ 85003-2199

Gilbert 3600, LLC -


MATRIXX MANAGEMENT, LLC
16009 N. 81ST STREET, SUITE 200
SCOTTSDALE AZ 85260


MICHAEL SMITH
11500 E. COCHISE DRIVE, UNIT 2057
SCOTTSDALE AZ 85259


MILLER HOLDINGS MANAGEMENT
16009 N. 81ST STREET, #200
SCOTTSDALE AZ 85260


MILLER HOLDINGS, INC.
16009 N. 81ST STREET, #200
SCOTTSDALE AZ 85260


MILLER HOLDINGS, INC.
16009 N. 81ST STREET, SUITE 200
SCOTTSDALE AZ 85260


POLSINELLI SHUGHART PC
SECURITY TITLE PLAZA
3636 N. CENTRAL AVENUE, SUITE 1200
PHOENIX AZ 85012


PTG PARADIGM TAX GROUP, LLC
3030 N. CENTRAL AVENUE
SUITE 1001
PHOENIX AZ 85012


SCOTT BLUE REPROGRAPHICS
133 W. 1ST AVENUE
MESA AZ 85210


WORLDWIDE EXPRESS PHOENIX
300 GREAT OAKS BLVD.
SUITE 322
ALBANY NY 12203